**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Re:

EUGENE KENNETH RIDDELL
DENISE SUZANNE RIDDELL

Debtor(s)

Case No.  04-34077-BKC--PGH

Chapter 7

Roc # 283747

US BANKRUPTCY COURT
SO DISTRICT OF FLA

FILED _____ RECEIVED _____

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(  )    The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13.  The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

(xx)    The trustee has a balance of $ 10.27 _____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: _12/31/09_____

Trustee
PATRICIA DZIKOWSKI

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. trustee
Attachment

COURT1

Printed: 12/31/09 03:06 PM    Ver: 15.05a

## DIVIDENDS REMITTED TO THE COURT
Check Number 1008 Dated 12/31/09
Case Number 04-34077-BKC- - RIDDELL, EUGENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000003 | 899.25 | 2.98 |
| American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000005 | 945.74 | 3.13 |
| American Express Travel Related Svcs Co Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000006 | 74.06 | 0.25 |
| PIPESTONE FINANACIAL, LLC AS SUCCESSOR<br>IN INTEREST TO US BANK<br>C/O MESSERLI & KRAMER, PA<br>3033 CAMPUS DR, STE 250<br>PLYMOUTH, MN 55441 | 000008 | 1,182.24 | 3.91 |
| ----------- Remittance Total -------------- | | 3,101.29 | 10.27 |

PATRICIA A. DZIKOWSKI, TRUSTEE

COURTI                                   Printed: 12/31/09 03:06 PM   Ver: 15.05a